IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL RICHARD BROWNING<br>and JENNIFER MARIE DAVIDSON,<br><br>Defendants. | CR 20-10-H-BMM<br><br><br><br>ORDER |

Upon the unopposed motion of the United States, and for good cause shown,

The United States' motion to appear by Zoom is GRANTED. The United States may appear at the following hearings by Zoom:

- *United States v. Jennifer Marie Davidson*, CR-20-10-H-BMM, at 4:00 p.m., on February 3, 2021; and,

- *United States v. Michael Richard Browning*, CR-20-10-H-BMM, at 9:00 a.m., on February 9, 2021.

DATED this 2nd day of February, 2021.

_____
Brian Morris, Chief District Judge
United States District Court