IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL RICHARD BROWNING and JENNIFER MARIE DAVIDSON,<br><br>Defendants. | CR 20-10-H-BMM<br><br>PRELIMINARY ORDER OF FORFEITURE |

THIS matter comes before the Court on the United States' Motion for Preliminary Order of Forfeiture.

Defendant Michael Richard Browning appeared before the Court on February 9, 2021, and entered a plea of guilty to counts 1 and 4 of the superseding indictment. He also admitted the forfeiture allegation. Browning's plea provides a factual basis and cause to issue an order of forfeiture, pursuant to 21 U.S.C. §§ 853(a)(1) and (2), and 18 U.S.C. § 924(d).

Defendant Jennifer Marie Davison appeared before the Court on February 3, 2021, and entered a plea of guilty to count 1 of the superseding indictment. She also admitted the forfeiture allegation. Davidson's plea provides a factual basis

1

and cause to issue an order of forfeiture, pursuant to 21 U.S.C. §§ 853(a)(1) and (2), and 18 U.S.C. § 924(d).

IT IS ORDERED:

THAT Defendants Browning's and Davidson's interest in the following property is forfeited to the United States in accordance with 21 U.S.C. §§ 853(a)(1) and (2), and 18 U.S.C. § 924(d):

- White Apple I-Phone;
- White Apple I-Phone with cracked screen;
- Springfield XDM 9 – 38 pistol, S/N MG980738; and
- Magazine for Springfield XDM 9 – 38 pistol.

THAT the United States Marshal's Service, the Federal Bureau of Investigation, and/or a designated sub-custodian, is directed to seize the property subject to forfeiture and further to make a return as provided by law;

THAT the United States will provide written notice to all third parties asserting a legal interest in any of the above-described property and will post on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, of the Court's preliminary order and the United States' intent to dispose of the property in such manner as the Attorney General or Secretary of the Department of Homeland Security may

direct, pursuant to 18 U.S.C. § 982(b)(1) and 21 U.S.C. § 853(n)(1), and to make its return to this Court that such action has been completed; and

THAT upon adjudication of all third-party interests, if any, the Court will enter a final order of forfeiture.

DATED this 9th day of February, 2021.

_____
Brian Morris, Chief District Judge
United States District Court